## MURRAY v. CORN EXCHANGE BANK.

Circuit Court of Appeals, Second Circuit. March 4, 1929.

No. 173.

Charles L. Apfel, of New York City (Louis H. Moos, of New York City, of counsel), for appellant.

Laughlin, Gerard, Bowers & Halpin, of New York City (John J. Halpin and Francis S. Quinn, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed [31 F. (2d) 373], with costs.